AO 458 (Rev. 10/95) Appearance

# UNITED STATES DISTRICT COURT

District of MASSACHUSETTS

MARY B. SMITH
v.
DAVID C. NICHOLSON, TRUSTEE et al

APPEARANCE

CASE NUMBER:

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for

Plaintiff, Mary B. Smith

04cv10632 MEL

I certify that I am admitted to practice in this court.

| | |
|---|---|
| April 1, 2004 | *[signature]* |
| Date | Signature |
| | Alfred J. Smith, Jr., Esq.    BBO#467700 |
| | Print Name                    Bar Number |
| | 706 Bedford Street |
| | Address |
| | Stamford        CT        06901 |
| | City            State     Zip Code |
| | (203) 359-3200           (203) 348-8092 |
| | Phone Number            Fax Number |