AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

District of MASSACHUSETTS

MARY B. SMITH

V.

DAVID C. NICHOLSON, TRUSTEE, ET AL

**SUMMONS IN A CIVIL CASE**

CASE NUMBER:

04-10632 MEL

TO: (Name and address of Defendant)

Carol Ann Whitney and Glenn Whitney
46 Olde Homestead Way
East Harwich, MA 02645

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Alfred J. Smith, Jr., Esq.
706 Bedford Street
Stamford, CT 06901

an answer to the complaint which is served on you with this summons, within ___20___ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.



CLERK

(By) DEPUTY CLERK

DATE  4-1-04

**Barnstable County Sheriff's Office**

I hereby certify and return that on April 5, 2004, I served the within Summons and Complaint, on Carol Ann Whitney and Glenn Whitney, by leaving attested copies thereof, at their last and usual place of abode, at 3:05 p.m., and mailing a copy, first class, to 46 Olde Homestead Way, East Harwich, MA 02645.

$ 74.30

Thomas R. Pennypacker II, Deputy Sheriff
PO Box 391, Harwichport, MA 02646

☐ Other (specify): _____

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
|  |  |  |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____
             Date

_____
Signature of Server

_____
Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.