UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO.: 04CV10632 MEL

MARY B. SMITH,
    Plaintiff,

V.

DAVID C. NICHOLSON, Trustee of the
    D.J.J. Realty Trust,
DOMINIC M. SAWICKI, Trustee of the
    Dominic M. Sawicki Nominee Trust and
CAROL ANN WHITNEY and
GLENN WHITNEY,
    Defendant(s)

## NOTICE OF APPEARANCE

Pursuant to F. R. C. P. Rule 11(a), please enter my appearance for the defendants, Carol Ann Whitney and Glenn Whitney.

Date: 5/03/04

By their attorney,

Bruce R. Fox, Esquire
BBO#: 176320
LAW OFFICE OF BRUCE R. FOX
27B Midstate Office Park
Auburn, MA 01501

## CERTIFICATE OF SERVICE

I, Bruce R. Fox, attorney for the above named defendants, do hereby certify that I caused a copy of the within NOTICE OF APPEARANCE, to be served upon each named party by mailing a copy of same, postage prepaid, to each party's counsel of record, namely:

Alfred J. Smith, Esquire
706 Bedford Street
Stamford, CT 06901

Signed under the pains and penalties of perjury this 3rd day of May 2004.

_____
Bruce R. Fox, Esquire