AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

District of MASSACHUSETTS

FILED
IN CLERKS OFFICE
2004 JUN 30 P 1: 25
U.S. DISTRICT COURT
DISTRICT OF MASS.

MARY B. SMITH
V.
DAVID C. NICHOLSON, TRUSTEE, ET AL

**SUMMONS IN A CIVIL CASE**

CASE NUMBER: 04 cv 10632 MEL

TO: (Name and address of Defendant)

Dominic M. Sawicki, Trustee
86 Alexander Avenue
Belmont, MA 02478

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Alfred J. Smith, Jr., Esq.
706 Bedford Street
Stamford, CT 06901

an answer to the complaint which is served on you with this summons, within ___20___ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

TONY ANASTAS

CLERK

DATE  4-1-04

(By) DEPUTY CLERK

%AO 440 (Rev. 8/01) Summons in a Civil Action



Middlesex Sheriff's Office • Civil Process Division, P.O. Box 410180, Cambridge, MA 02141-1819 • (617) 547-1171

*Middlesex, ss.*

April 20, 2004

I hereby certify and return that on 4/15/2004 at 11:45AM I served a true and attested copy of the SUMMONS AND COMPLAINT in this action in the following manner: To wit, by leaving at the last and usual place of abode of DOMINIC M. SAWICKI, , 86 ALEXANDER Avenue  BELMONT, MA 02478 and by mailing 1st class to the above address on 4/15/2004.  Attest ($10.00), Basic Service Fee ($20.00), Conveyance ($1.20), Postage and Handling ($3.00), Travel ($4.48) Total Charges $38.68

*John F. Kennedy*
Deputy Sheriff

☐ Other (specify): _____

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
|  |  |  |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____    _____
                Date                     *Signature of Server*

                        _____
                            *Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.