| COMMONWEALTH OF MASSACHUSETTS | DISTRICT COURT |
|---|---|
| UNITED STATES DISTRICT COURT | CIVL ACTION NO.: 04 CV 10632 MEL |

MARY B. SMITH,           )
                         )
Plaintiff                )
                         )
vs.                      )
                         )
DAVID C. NICHOLSON, TRUSTEE )
OF THE D.J.J. REALTY TRUST,   )
DOMINIC M. SAWICKI,      )
TRUSTEE OF THE DOMINIC M. )
SAWICKI NOMINEE TRUST,   )
AND CAROL ANN WHITNEY    )
AND GLENN WHITNEY,       )
                         )
Defendants               )

## DEFENDANT, DAVID C. NICHOLSON, TRUSTEE OF THE D.J.J. REALTY TRUST, OPPOSITION TO PLAINTIFF'S MOTION TO COMPEL AND ORDER DISCOVERY

The defendant opposes the plaintiff's motion to compel and as grounds therefore states that the materials sought are protected as work product and the disclosure relied upon in the plaintiff's motion to compel was partial and inadvertent. Therefore, only to the extent that privileged documents have been produced is the privilege waived.

In further support of this opposition, the defendant attaches a memorandum hereto.

/s/ John F. Gleavy_____
Stephen M.A. Woodworth, BBO 534 330
John F. Gleavy, BBO 636 888
Attorney for Defendant
Lynch & Lynch
45 Bristol Drive
South Easton, MA 02375
(508) 230-2500

## **CERTIFICATE OF SERVICE**

    I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF).

                                                      _____
                                                      John F. Gleavy

Dated: January 24, 2006