# ***EXHIBIT A***

1

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

No. 04CV10632MEL

---------------------------------------

MARY B. SMITH                                       )

                             Plaintiff,    )

              vs.                                   )

DAVID C. NICHOLSON, ET AL                           )

                            Defendants.   )

---------------------------------------

     DEPOSITION OF Mary B. Smith, taken in behalf of the defendant, pursuant to the applicable provisions of the Massachusetts Rules of Civil Procedure, before Charlene Jones, Court Reporter and Notary Public in and for the Commonwealth of Massachusetts, at the offices of Curley & Curley, 27 School Street, Boston, Massachusetts, on Wednesday, May 11, 2005, commencing at 10:20 a.m.

48

1    road.  It was the road up here that was level up
2    there that the cars were all parked on, and then
3    down in here was their yard where cars were
4    parked, but there was nothing on this road at
5    all.
6        Q.    Were you walking towards one side of the
7    road or in the middle of the road?
8        A.    I can't remember precisely whether I did
9    or not.
10       Q.    Now take a minute to look at the picture
11   because I'm going to ask you to place an X in the
12   spot where you fell.
13       A.    Okay.
14       Q.    But I want to just give you a chance to
15   look at it so you can think about it.
16             (Witness looking at document)
17       A.    Now you see -- I want to say something.
18   You see that this is paved now.
19       Q.    We'll get to that.
20       A.    Okay.  I would think it was right after
21   it began to incline, around in here, just over
22   the crest of that --
23       Q.    Why don't you draw a circle in the area
24   where you fell?


