| | |
|---|---|
| COMMONWEALTH OF MASSACHUSETTS | DISTRICT COURT |
| UNITED STATES DISTRICT COURT | CIVL ACTION NO.: 04 CV 10632 MEL |

MARY B. SMITH,                )
                              )
Plaintiff                     )
                              )
vs.                           )
                              )
DAVID C. NICHOLSON, TRUSTEE   )
OF THE D.J.J. REALTY TRUST,   )
DOMINIC M. SAWICKI,           )
TRUSTEE OF THE DOMINIC M.     )
SAWICKI NOMINEE TRUST,        )
AND CAROL ANN WHITNEY         )
AND GLENN WHITNEY,            )
                              )
Defendants                    )

### DEFENDANT, DAVID C. NICHOLSON, TRUSTEE OF THE D.J.J. REALTY TRUST, MOTION TO FILE REVISED/CORRECTED OPPOSITION TO PLAINTIFF'S MOTION TO COMPEL.

The defendant D.J.J. Realty Trust, moves this court to permit it to file a revised/corrected opposition to plaintiff's motion to compel. As grounds for this motion, the defendant states that it misidentified David Nicholson as David Smith in the memorandum in support. A corrected memorandum in support is attached hereto and the defendant asks the court to accept this memorandum in place of the previously filed memorandum.

/s/ John F. Gleavy
Stephen M.A. Woodworth, BBO 534 330
John F. Gleavy, BBO 636 888
Attorney for Defendant
Lynch & Lynch
45 Bristol Drive
South Easton, MA 02375
(508) 230-2500

2

**CERTIFICATE OF SERVICE**

    I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF).

                                             /s/ John F. Gleavy
                                             _____
                                             John F. Gleavy

Dated:  January 26, 2006