| COMMONWEALTH OF MASSACHUSETTS | DISTRICT COURT |
|---|---|
| UNITED STATES DISTRICT COURT | CIVL ACTION NO.: 04 CV 10632 MEL |

MARY B. SMITH, )
)
Plaintiff )
)
vs. )
)
DAVID C. NICHOLSON, TRUSTEE )
OF THE D.J.J. REALTY TRUST, )
DOMINIC M. SAWICKI, )
TRUSTEE OF THE DOMINIC M. )
SAWICKI NOMINEE TRUST, )
AND CAROL ANN WHITNEY )
AND GLENN WHITNEY, )
)
Defendants )

## DEFENDANT, DAVID'S NICHOLSON'S MOTION TO CONTINUE HEARING ON PLAINTIFF'S MOTION TO COMPEL PRODUCTION

The defendant, David C. Nicholson moves this court to rescheduled the hearing on the Plaintiff's Motion to Compel Production scheduled for March 8, 2006 at 10:00 a.m.  As reasons therefore, counsel for defendant states that he is scheduled to start trial at the Plymouth Superior Court on the matter of **Wolk v. Town of Plympton**, Civil Action Number PLCV1999-01537.  Additionally, counsel for the defendant has advised all parties in this matter of this request.

/s/
_____
Francis J. Lynch, III, BBO 308 740
John F. Gleavy, BBO 636 888
Attorney for defendant, David C. Nicholson
Lynch & Lynch
45 Bristol Drive
South Easton, MA 02375
(508) 230-2500

Certificate of Service
I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants.

/s/
_____
John F. Gleavy