**Alfred J. Smith, Jr.**
Attorney at Law
706 Bedford Street
Stamford, Connecticut 06901

FILED
IN CLERKS OFFICE

2006 NOV -1  P 3: 57

U.S. DISTRICT COURT
DISTRICT OF MASS.

October 25, 2006

United States District Court
District of Massachusetts
United States Courthouse
One Court House Way
Boston, MA 02120

Telephone
(203) 359-3200

Facsimile
(203) 348-8092

Email
ajslaw706@aol.com

Attn: Hon. Morris E. Lasker

Re: Mary Smith v. David Nicholson et al
   USDC No. 04CV10632MEL
   **REQUEST FOR SCHEDULE DATES**

Dear Judge Lasker:

After discussions with counsel for all parties on Monday, October 23, 2006 at the deposition of Charles F. Salyards at Sandwich, MA, in the above matter, all counsel agreed that discovery is complete in this matter, and I said I would inform the Court of that fact.

Therefore, on behalf of all concerned, I request that you issue an Order covering:

1. Dates for filing of, and response to, any Dispositive Motions;
2. Date for the Mediation of this Matter:
3. Dates for the Pre-trial Conference and related matters:
4. Dates for the Trial:
5. Dates for any other required Matters.

Please contact my office if you require any further information regarding this request.

Very truly yours,

Alfred J. Smith, Jr., Esq.

cc: Kim Roussos, Esq.
   John F. Gleavy, Esq.
   Bruce R. Fox, Esq.