**UNITED STATES DISTRICT COURT**
BOSTON, MASSACHUSETTS 02210

November 7, 2006

CHAMBERS OF
JUDGE MORRIS E. LASKER

Alfred J. Smith, Jr., Esq.
706 Bedford Street
Stamford, Connecticut 06901

       Re: Mary Smith v. David Nicholson, et al
          04-cv-10632-MEL

Dear Mr. Smith:

       In answer to your letter of October 25, I request that counsel attempt to agree on a proposed schedule. If they do not agree, then submit separate proposals and I will rule on them.

                                   Very truly yours,

                                   Morris E. Lasker

cc: Kim Roussos, Esq.
    John F. Gleavy, Esq.
    Bruce R. Fox, Esq.