**Alfred J. Smith, Jr.**
Attorney at Law
706 Bedford Street
Stamford, Connecticut 06901

FILED
CLERKS OFFICE

2006 DEC -4  P 1: 26

U.S. DISTRICT COURT
DISTRICT OF MASS.

Telephone
(203) 359-3200

Facsimile
(203) 348-8092

Email
ajslaw706@aol.com

November 9, 2006

John F. Gleavy, Esq.  **Fax: (508) 230-2510**

**Re: Mary Smith v. David Nicholson, et al
USDC No. 04CV10632MEL**

Dear Attorney Gleavy:

As requested by Judge Lasker on November 7, 2006, in response to my letter of October 25th informing him of the completion of discovery, the following are my suggested scheduling dates:

Filing of Dispositive Motions - December 10, 2006
Filing of Response to Dispositive Motions – December 31, 2006
(Then, following Judge Lasker's Ruling)
Mediation Hearing – February 6, 2007
Pre-Trial Conference – March 1, 2007
Trial Date – April 2, 2007

Thank you for your assistance, and early response to these suggested dates.

Very truly yours,

Alfred J. Smith, Jr., Esq.
AJS/dm

cc:   Kim M. Roussos, Esq.  **Fax: (617) 523-7602**

      Bruce R. Fox, Esq.  **Fax: (508) 832-5716**