### The Law Offices of Bruce R. Fox
**27B Midstate Office Park**
**Auburn, MA 01501**
**Phone : (866) 290-7435**
**Fax :    (508) 832-5716**

#### NEW ENGLAND STAFF COUNSEL OFFICE OF THE MAIN STREET AMERICA GROUP

Bruce R. Fox, Esq.*
Email: foxb@msagroup.com
Robert P. Turner, Esq.*
Email: Turnerr@msagroup.com
Andrew J. Drayer, Esq.*
Email: drayera@msagroup.com

Michael P. Marnik, Esq.*
Email: marnikm@msagroup.com
Nicholle R Proulx, Esq.***
Email: proulxn@msagroup.com
*admitted in MA
***admitted in MA  and CT

November 9, 2006

### VIA FACSIMILE: 203-348-8092
Alfred J. Smith, Jr., Esquire
706 Bedford Street
Stamford, CT 06901

Re:    **Mary B. Smith v. David C. Nicholson et al.**
          Civil Action No.: 04CV10632 MEL

Dear Attorney Smith:

I am in receipt of your letter dated November 9, 2006, regarding the proposed scheduling guidelines.
Based on my trial schedule, and the holidays quickly approaching, I would recommend the following
scheduling dates:

Filing of Dispositive Motions - December 31, 2006
Filing of Response to Dispositive Motions – January 21, 2007
(Then following Judge Lasker's Ruling)
Mediation Hearing- February 28, 2007
Pre-Trial Conference – March 28, 2007
Trial Date – May 1, 2007

Thank you for your anticipated cooperation in this matter.

Very truly yours,

Bruce R. Fox

BRF/jrb

Cc:    John F. Gleavy, **Esquire Fax: (508) 230-2510**
         Kim M. Roussos, **Esquire  Fax: (617) 523-7602**


THE MAIN STREET AMERICA GROUP

