# LYNCH & LYNCH

A PROFESSIONAL CORPORATION

Francis J. Lynch, III
Stephen M.A. Woodworth
Cynthia P. Karabelas
John A. Eklund
Susan E. Sullivan*
Stephen J. Duggan
Peter E. Heppner
Joseph C. Ferreira
Holly K. Lemieux
J. Gary Bennett

45 Bristol Drive
South Easton, MA 02375
Tel. (508) 230-2500
Fax: (508) 230-2510

253 Locust Street
Fall River, MA 02720
(508) 674-0021

8 Faneuil Hall Marketplace
Third Floor
Boston, MA 02109

Nella M. Lussier
Susan K. Hannigan
John F. Gleavy
J. William Chamberlain, Jr.
Cynthia S. Ladd
Jeanne E. Flynn
Christiana E. Strojny**
Benjamin J. Whitney
Michelle A. Scanlon
Bradley A. Sultan***
William F. Asci
Tanya M. Da Silva

Francis J. Lynch, II
1967 - 2001
Rory P. Melvin
1988 - 2004

*Also Admitted in Rhode Island
** Also Admitted in Maine
***Also Admitted in Florida

PLEASE DIRECT ALL CORRESPONDENCE
TO SOUTH EASTON ADDRESS

OF COUNSEL
Anne-Marie Finn
Ellen M. Chiocca Carey
Barry K. LaCasse

November 15, 2006

Alfred J. Smith, Esq.                           Via Fax
706 Bedford Street
Stamford, CT 06901

RE:  Smith, Mary vs. Nicholson, David
     Civil Action No.: 04 CV 10632 MEL
     Providence Mutual Insurance Company's Claim No.: 02001095
     Our File No.: 16408-16

Dear Attorney Smith:

Thank you for your correspondence dated November 9, 2006 which includes the proposed dates for completion of discovery in the above-entitled matter. Please be advised that I would like to suggest the following discovery schedule:

Filing of Dispositive Motions:                January 31, 2007
Filing of Responses to Dispositive Motions:   February 23, 2007
Mediation Hearing:                            March 30, 2007
Pretrial Conference:                          April 30, 2007
Trial Date:                                   June 1, 2007

Kindly forward an revised proposal at your earliest convenience. If you would like to discuss this matter, please contact me.

Thank you for your attention.

Very truly yours,

John F. Gleavy
JFG/lpw
cc:  Kim Roussos, Esquire   Via fax
     Bruce Fox, Esquire     Via fax
     Diane Varadian