# LYNCH & LYNCH

A PROFESSIONAL CORPORATION

Francis J. Lynch, III
Stephen M.A. Woodworth
Cynthia P. Karabelas
John A. Eklund
Susan E. Sullivan*
Stephen J. Duggan
Peter E. Heppner
Joseph C. Ferreira
Holly K. Lemieux
J. Gary Bennett

45 Bristol Drive
South Easton, MA 02375
Tel: (508) 230-2500
Fax: (508) 230-2510

253 Locust Street
Fall River, MA 02720
(508) 674-0021

8 Faneuil Hall Marketplace
Third Floor
Boston, MA 02109

Nella M. Lussier
Susan K. Hannigan
John F. Gleavy
J. William Chamberlain, Jr.
Cynthia S. Ladd
Jeanne E. Flynn
Christiana E. Strojny**
Benjamin J. Whitney
Michelle A. Scanlon
Bradley A. Sultan***
William F. Asci
Tanya M. Da Silva

Francis J. Lynch, II
1967 - 2001
Rory P. Melvin
1988 - 2004

PLEASE DIRECT ALL CORRESPONDENCE
TO SOUTH EASTON ADDRESS

OF COUNSEL
Anne-Marie Finn
Ellen M. Chiocca Carey
Barry K. LaCasse

*Also Admitted in Rhode Island
** Also Admitted in Maine
***Also Admitted in Florida

November 22, 2006

Alfred J. Smith, Esq.
706 Bedford Street
Stamford, CT 06901

Via Fax

RE: **Smith, Mary vs. Nicholson, David**
Civil Action No.: 04 CV 10632 MEL
Providence Mutual Insurance Company's Claim No.: 02001095
Our File No.: 16408-16

Dear Attorney Smith:

In response to your November 16, 2006 correspondence, we reiterate our request for the following scheduling guidelines.

| | |
|---|---|
| Filing of Dispositive Motions: | January 31, 2007 |
| Filing of Responses to Dispositive Motions: | February 23, 2007 |
| Mediation Hearing: | March 30, 2007 |
| Pretrial Conference: | April 30, 2007 |
| Trial Date: | June 1, 2007 |

These guidelines are proposed to accommodate the schedules of the attorneys and to provide sufficient time for the filing of dispositive motions. Further the dates appear eminently reasonable.

Thank you for your attention.

Very truly yours,

John F. Gleavy
JFG/lpw

cc: Kim Roussos, Esquire    Via fax
    Bruce Fox, Esquire       Via fax
    Diane Varadian