**Alfred J. Smith, Jr.**
Attorney at Law
706 Bedford Street
Stamford, Connecticut 06901

**Telephone**
(203) 359-3200

**Facsimile**
(203) 348-8092

**Email**
ajslaw706@aol.com

December 18, 2006

United States District Court
District of Massachusetts
United States Courthouse
One Courthouse Way
Boston, MA 02120

Attn: Hon. Morris E. Lasker

Re: Smith v. Nicholson, et al
    USDC No. 04CV10632MEL
    Schedule, Dispositive Motions to Trial Date

Dear Judge Lasker:

As you requested during our telephone status conference of today, the following are the dates of the remaining schedule to the Trial Date in this matter:

Filing of Dispositive Motions – January 30, 2007
Filing of Response to Dispositive Motions – February 20, 2007
Mediation Hearing – March 5, 2007
Pre-Trial Conference – March 19, 2007
Trial Date – May 7, 2007

Very truly yours,

Alfred J. Smith, Jr., Esq.
AJS/dm

cc: Kim Roussos, Esq.  **Fax: (617) 523-7602 & First Class Mail**
    Curley & Curley
    27 School Street
    Boston, MA 02108

    Bruce R. Fox, Esq.,  **Fax: (508) 832-5716 & First Class Mail**
    27B Midstate Office Park
    Auburn, MA 01501

    John F. Gleavy, Esq.  **Fax: (508) 230-2510 & First Class Mail**
    Lynch & Lynch
    45 Bristol Drive
    South Easton, MA 02375