UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| MARY B. SMITH,<br>    Plaintiff | )<br>)<br>)<br>) | |
| vs. | ) | CIVIL ACTION NO.: 04 CV 10632 MEL |
| | ) | |
| DAVID C. NICHOLSON, TRUSTEE<br>OF THE D.J.J. REALTY TRUST,<br>DOMINIC M. SAWICKI,<br>TRUSTEE OF THE DOMINIC M.<br>SAWICKI NOMINEE TRUST,<br>AND CAROL ANN WHITNEY<br>AND GLENN WHITNEY,<br>    Defendants | )<br>)<br>)<br>)<br>)<br>)<br>)<br>) | |

**DEFENDANTS, DAVID C. NICHOLSON, TRUSTEE OF THE D.J.J. REALTY TRUST, DOMINIC M. SAWICKI, TRUSTEE OF THE DOMINIC M. SAWICKI NOMINEE TRUST, CAROL ANN WHITNEY AND <u>GLENN WHITNEY'S JOINT MOTION FOR SUMMARY JUDGMENT</u>**

Now come the defendants, DAVID C. NICHOLSON, TRUSTEE OF THE D.J.J. REALTY TRUST, DOMINIC M. SAWICKI, TRUSTEE OF THE DOMINIC M. SAWICKI NOMINEE TRUST, CAROL ANN WHITNEY AND GLENN WHITNEY, (hereinafter "Defendants"), and respectfully submit this Joint Motion for Summary Judgment pursuant to F.R.C.P. Rule 56. The Defendants submit the attached Memorandum in Support of their Joint Motion for Summary Judgment and the attached Exhibit List, identifying the Exhibits and Pleadings the Defendants rely upon in support of their Joint Motion for Summary Judgment.

For the reasons stated in the attached Memorandum, the Defendants respectfully request that this honorable Court grant their Joint Motion for Summary Judgment and enter judgment in their favor against the plaintiff.

## REQUEST FOR ORAL ARGUMENT

The Defendants respectfully request that this Court schedule this Motion for oral argument pursuant to Local Rule 7.1(d).

Dated: January 30, 2007

The Defendants
By their attorneys,

**DEFENDANTS, CAROL ANN AND GLENN WHITNEY**

*/s/ Bruce R. Fox*

_____
Bruce R. Fox, Esquire
BBO#: 176320
LAW OFFICES OF BRUCE R. FOX
27B Midstate Office Park
Auburn, MA 01501
(866) 290-7435

**DEFENDANT, DAVID C. NICHOLSON, TRUSTEE OF THE D.J.J. REALTY TRUST**

*/s/ Stephen M.A. Woodworth*

_____
Stephen M.A. Woodworth, Esquire
BBO 534330
John F. Gleavy, Esquire
BBO 636888
LYNCH & LYNCH
45 Bristol Drive
South Easton, MA 02375
(508) 230-2500

**DEFENDANT, DOMINIC M. SAWICKI, TRUSTEE OF THE DOMINIC M. SAWICKI NOMINEE TRUST**

*/s/ Robert A. Curley, Jr.*
_____
Robert A. Curley, Jr., Esquire
BBO 109180
CURLEY & CURLEY P.C.
27 School Street
Boston, MA 02108
(617) 523-2990

## CERTIFICATE OF SERVICE

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF).

*/s/ Bruce R. Fox*
_____
Bruce R. Fox

Dated: January 30, 2007

*/s/ Bruce R.Fox*
_____
Bruce R. Fox, Esquire

3