UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| MARY B. SMITH,<br>    Plaintiff | )<br>)<br>)<br>) |
| vs. | )   CIVIL ACTION NO.: 04 CV 10632 MEL<br>) |
| DAVID C. NICHOLSON, TRUSTEE<br>OF THE D.J.J. REALTY TRUST,<br>DOMINIC M. SAWICKI,<br>TRUSTEE OF THE DOMINIC M.<br>SAWICKI NOMINEE TRUST,<br>AND CAROL ANN WHITNEY<br>AND GLENN WHITNEY,<br>    Defendants | )<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

**DEFENDANTS, DAVID C. NICHOLSON, TRUSTEE OF THE D.J.J. REALTY TRUST, DOMINIC M. SAWICKI, TRUSTEE OF THE DOMINIC M. SAWICKI NOMINEE TRUST, CAROL ANN WHITNEY AND GLENN WHITNEY'S
<u>JOINT MOTION FOR SUMMARY JUDGMENT - EXHIBIT LIST</u>**

Now comes the defendants, DAVID C. NICHOLSON, TRUSTEE OF THE D.J.J. REALTY TRUST, DOMINIC M. SAWICKI, TRUSTEE OF THE DOMINIC M. SAWICKI NOMINEE TRUST, CAROL ANN WHITNEY AND GLENN WHITNEY, (hereinafter "Defendants"), and submit the following list of Exhibits in support of their Joint Motion for Summary Judgment.

1. Deposition of the Plaintiff, Mary Smith, dated May 11, 2005.

2. Deposition of Debra M. Seith, taken October 14, 2005.

3. Deposition of Kent L. Seith, taken October 14, 2005.

4. Plaintiff's Answers to Nicholson's Interrogatories, dated December 1, 2004.

5. *Oliveri v MBTA*, 363 Mass. 165, 292 N.E.2d 863, (1973).

6. *O'Sullivan v. Shaw*, 431 Mass. 202, 726 N.E.2d 951 (2000).

7. *Wardell v. George H. Taylor, Co.*, 333 Mass. 302, 130 N.E.2d 586 (1955).

8. *Camerlin v. Marshall*, 411 Mass. 394, 582 N.E.2d 539 (1991).

9. *Webster v. Blue Ship Tea Room, Inc.*, 347 Mass. 421, 198 N.E.2d 309 (1964).

10. *Thorell v. ADAP, Inc.*, 58 Mass.App.Ct. 334 (2003).

11. *Balicki v. Stop & Shop Supermarket Co.*, 1998 Mass. App. Div. 77, 1998 WL 201430 (Mass. App. Div. 1998)

Dated: January 30, 2007

The Defendants
By their attorneys,

**DEFENDANTS, CAROL ANN AND GLENN WHITNEY**


*/s/ Bruce R. Fox*

_____
Bruce R. Fox, Esquire
BBO#: 176320
LAW OFFICES OF BRUCE R. FOX
27B Midstate Office Park
Auburn, MA 01501
(866) 290-7435


**DEFENDANT, DAVID C. NICHOLSON, TRUSTEE OF THE D.J.J. REALTY TRUST**


*/s/ Stephen M.A. Woodworth*

_____
Stephen M.A. Woodworth, Esquire
BBO 534330
John F. Gleavy, Esquire
BBO 636888
LYNCH & LYNCH
45 Bristol Drive
South Easton, MA 02375
(508) 230-2500

**DEFENDANT, DOMINIC M. SAWICKI, TRUSTEE OF THE DOMINIC M. SAWICKI NOMINEE TRUST**

*/s/ Robert A. Curley, Jr.*

_____
Robert A. Curley, Jr., Esquire
BBO 109180
CURLEY & CURLEY P.C.
27 School Street
Boston, MA 02108
(617) 523-2990

**CERTIFICATE OF SERVICE**

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF).

*/s/ Bruce R. Fox*
_____
Bruce R. Fox

Dated: January 30, 2007

*/s/ Bruce R. Fox*
_____
Bruce R. Fox, Esquire