**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**


 MARY B. SMITH

_____
                         Plaintiff(s)                                      CIVIL ACTION

                    V.                                                     NO.  04-10632-MEL

 DAVID C. NICHOLSON _____
                         Defendant(s)


**ORDER OF REFERENCE**
**FOR**
**ALTERNATIVE DISPUTE RESOLUTION**


        After consultation with counsel and after consideration of the various alternative dispute resolution

programs (ADR) available, I find this matter appropriate for ADR and accordingly, refer this case to

_____ for the following ADR program:


        _____ SCREENING CONFERENCE        _____ EARLY NEUTRAL EVALUATION

        ___x___ MEDIATION                    _____ MINI-TRIAL

        _____ SUMMARY JURY TRIAL          _____ SETTLEMENT CONFERENCE

        _____ SPECIAL MASTER

        _____ PRIVATE ALTERNATIVE DISPUTE RESOLUTION PROGRAM


        Upon notification of the time and place designated for the proceeding, counsel are directed to be

present with their clients or with appropriate settlement authority and to provide any written documentation

which may be required for the particular ADR program.    If counsel is engaged on trial or has any

scheduling conflict and a continuance becomes necessary, the provider of the ADR program and other

counsel should be advised of the conflict immediately.


 February 27, 2007 _____               ____/s/ Morris E. Lasker_____
                DATE                          UNITED STATES DISTRICT JUDGE


**CASE CATEGORY**


| | | | |
|---|---|---|---|
| Admiralty | _____ | Antitrust | _____ |
| Civil Rights | _____ | Contract | _____ |
| Copyright/Trademark/Patent | _____ | Environmental | _____ |
| ERISA | _____ | FELA | _____ |
| Labor Relations | _____ | Medical Malpractice | _____ |
| Personal Injury | __X__ | Product Liability | _____ |
| Shareholder Dispute | | | |
| Other | _____ | | |


(ADR Referral.wpd - 4/12/2000)                                            [orefadr.]