**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

**MARY B. SMITH**
    **Plaintiff**

v.                             **CIVIL ACTION NO. 04CV10632MEL**

**DAVID C. NICHOLSON, et al**
    **Defendants**

### PLAINTIFF'S OPPOSITION TO DEFENDANTS' JOINT MOTION FOR SUMMARY JUDGMENT

Now comes the Plaintiff, Mary B. Smith, and respectfully submits this Opposition to Defendants' Joint Motion for Summary Judgment pursuant to F.R.C.P. Rule 56. The Plaintiff submits the attached Memorandum in Support of her Opposition to Defendants' Joint Motion for Summary Judgment and the attached Exhibit List, identifying the Exhibits and Pleadings the Plaintiff relies on in her Opposition to Defendants Joint Motion for Summary Judgment.

For the reasons stated in the attached Memorandum, the Plaintiff respectfully requests that this honorable Court deny the Defendants Joint Motion for Summary Judgment and schedule this matter for trial.

**Oral Argument**
**Not Requested**

**Dated: February 20, 2007**　　　　　　　　**The Plaintiff**
　　　　　　　　　　　　　　　　　　　　　　　　**By her Attorney,**

　　　　　　　　　　　　　　　　　　　　　　　　**/s/ Alfred J. Smith, Jr.**
　　　　　　　　　　　　　　　　　　　　　　　　Alfred J. Smith, Jr., Esq.
　　　　　　　　　　　　　　　　　　　　　　　　BBO# 467700
　　　　　　　　　　　　　　　　　　　　　　　　706 Bedford Street
　　　　　　　　　　　　　　　　　　　　　　　　Stamford, CT 06901
　　　　　　　　　　　　　　　　　　　　　　　　(203) 359-3200
　　　　　　　　　　　　　　　　　　　　　　　　Email: ajslaw706@aol.com

## CERTIFICATE OF SERVICE

I hereby certify that this document will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) or hand-delivered to the following:

**Robert A. Curley, Jr., Esq.**
**For Defendant Dominic M. Sawicki**
CURLEY & CURLEY P.C.
27 School Street
Boston, MA 02108

**Bruce R. Fox, Esq.**
**For Defendants Carol Ann and Glenn Whitney**
LAW OFFICES OF BRUCE R. FOX
27B Midstate Office Park
Auburn, MA 01501

**John F. Gleavy, Esq.**
**For Defendant David C. Nicholson**
LYNCH & LYNCH
45 Bristol Drive
South Easton, MA 02375


Dated: February 20, 2007         /s/ Alfred J. Smith, Jr.
                                 Alfred J. Smith, Jr., Esq.