**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

**MARY B. SMITH**
    **Plaintiff**

  v.                  **CIVIL ACTION NO. 04CV10632MEL**

**DAVID C. NICHOLSON, et al**
    **Defendants**               February 20, 2007

**PLAINTIFF'S OPPOSITION TO DEFENDANTS'**
**JOINT MOTION FOR SUMMARY JUDGMENT**
<u>**EXHIBIT LIST**</u>

Now comes the Plaintiff, Mary B. Smith, and submits the following list of Exhibits in support of her Opposition to Defendants' Joint Motion for Summary Judgment.

1. Deposition of Plaintiff Mary B. Smith, May 11, 2005, p. 39.

2. Deposition of Plaintiff Mary B. Smith, May 11, 2005, p. 83-85.

3. Deposition of Plaintiff Mary B. Smith, May 11, 2005, p. 90.

4. Deposition of David C. Nicholson, June 6, 2005, p. 73-74.

5. Deposition of David C. Nicholson, June 6, 2005, p.21, 24.

6. Deposition of Plaintiff Mary B. Smith, May 11, 2005, p. 35.

7. Deposition of Plaintiff Mary B. Smith, May 11, 2005, p. 44-45.

8. Deposition of Plaintiff Mary B. Smith, May 11, 2005, p. 113.

9. Deposition of Debra M. Seith, October 14, 2005, p. 15-16.

10. Deposition of Debra M. Seith, October 14, 2005, p. 41.

11. Deposition of Kent L. Seith, October 14, 2005, p. 26-27

12. Deposition of Kent L. Seith, October 14, 2005, p. 38-39

13. Deposition of Joanne M. Nicholson, October 6, 2005, p. 15.

14. Deposition of Joanne M. Nicholson, October 6, 2005, p. 16, 40-42.

15. Deposition of Joanne Dayton, June 30, 2005, p. 35-36

16. Deposition of Debra Seith, October 14, 2005, p. 18-19.

17. Deposition of Kent Seith, October 14, 2005, p. 20.

18. Deposition of Joanne Dayton, June 30, 2005, p. 75.

                **THE PLAINTIFF**
                **MARY B. SMITH**


                **By /s/ Alfred J. Smith, Jr.**
                **Alfred J. Smith, Jr., Esq.**
                **BBO# 467700**
                **706 Bedford Street**
                **Stamford, CT 06901**
                **(203) 359-3200**
                **Email: ajslaw706@aol.com**