COMMONWEALTH OF MASSACHUSETTS      DISTRICT COURT
UNITED STATES DISTRICT COURT   CIVIL ACTION NO.: 04 CV 10632 MEL

| | |
|---|---|
| MARY B. SMITH,<br>  Plaintiff | )<br>)<br>) |
| vs. | )<br>) |
| DAVID C. NICHOLSON, TRUSTEE<br>OF THE D.J.J. REALTY TRUST,<br>DOMINIC M. SAWICKI,<br>TRUSTEE OF THE DOMINIC M.<br>SAWICKI NOMINEE TRUST,<br>AND CAROL ANN WHITNEY<br>AND GLENN WHITNEY,<br>  Defendants | )<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## *STIPULATION OF DISMISSAL*

The parties in the above-entitled action, pursuant to the provisions of Federal Rules of Civil Procedure 41 (a) (1) (ii) hereby stipulate that said action be dismissed with prejudice and without costs, as to all claims, cross claims, third party claims and counterclaims.

_____
Alfred J. Smith, Esquire  BBO # 467 700
Attorney for plaintiff
706 Bedford Street
Stamford, CT 06901
(203) 359-3200


_____
Bruce R. Fox, Esquire  BBO # 176 320
Attorney for Carol Ann Whitney and
Glenn Whitney
Law Offices of Bruce R. Fox
27 B Midstate Office Park
Auburn, MA  01501
(866) 290-7435

_____
Robert A. Curley, Jr., Esquire  BBO 109 180
Attorney for Dominic M. Sawicki, Trustee
and Domenic M. Sawicki Nominee Trsut
Curley & Curley
27 School Street
Boston, MA  02108
(617) 523-2990

_____
John F. Gleavy, BBO 636 888
Lynch & Lynch
Attorney for David C. Nicholson
45 Bristol Drive
South Easton, MA  02375
(508) 230-2500

2